421 A.2d 206

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Edward BOERNER, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1980.
Decided Nov. 3, 1980.

Andrew J. Achman, Joseph M. Ludwig, Ludwig & Achman, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Kathryn L. Simpson, Asst. Dist. Atty., Pittsburgh, for appellee.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted, 268 Pa.Super. 168, 407 A.2d 883.